```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28756
   HAROLD ALEXANDER THOMPSON JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1717

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/20/2005 and was confirmed 09/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
SYSTEMS & SERVICES TECH   SECURED         2121.40         176.28        2121.40
CITIBANK                  UNSEC W/INTER  NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER  11514.12        1451.47       11514.12
ECAST SETTLEMENT CORP     UNSEC W/INTER   6204.94         785.18        6204.94
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   1139.40         134.64        1139.40
PETER FRANCIS GERACI      DEBTOR ATTY    2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                      1,651.21
DEBTOR REFUND             REFUND                                         453.68

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            28,332.32

PRIORITY                                         .00
SECURED                                     2,121.40
    INTEREST                                  176.28
UNSECURED                                  18,858.46
    INTEREST                                2,371.29
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        1,651.21
DEBTOR REFUND                                 453.68
                   --------------         --------------
TOTALS             28,332.32               28,332.32




            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 28756 HAROLD ALEXANDER THOMPSON JR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 28756 HAROLD ALEXANDER THOMPSON JR